# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:22- cv-23907-KMW

**RYAN MOSELY,**

    **Plaintiff,**

**vs.**

**MIAMI-DADE COUNTY,**

    **Defendant.**

_____/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Ryan Mosely engaged in protected activity?

       Answer Yes or No     _Yes_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Miami-Dade County took an adverse employment action against Ryan Mosely?

       Answer Yes or No     _Yes_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Miami-Dade County took the adverse employment action because of Ryan Mosely's protected activity?

Answer Yes or No     _Yes_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Ryan Mosely suffered damages because of the adverse employment action?

Answer Yes or No     _Yes_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. That Ryan Mosely should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No     _Yes_

If your answer is "Yes,"
in what amount?     $_48,000_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

6. That Ryan Mosely should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No    _____*Yes*_____

If your answer is "Yes,"
in what amount?    $ _*170,000*_

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: ___*9/13/24*___