UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23907-CV-WILLIAMS

RYAN MOSELY,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial. The jury having rendered its verdict (DE 71), it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Ryan Mosely and against Defendant Miami-Dade County on Counts II and IV of the Complaint, in the amount of forty-eight thousand dollars (**$48,000**) in lost wages and one-hundred and seventy thousand dollars (**$170,000**) in compensatory damages, or which sum let execution issue.

2. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

3. Judgment is entered in favor of Defendant Miami-Dade County and against Plaintiff Ryan Mosely on Counts I and III of the Complaint. (DE 68.)

4. All pending motions are **DENIED AS MOOT**. All hearings and deadlines are **CANCELED**.

5. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>12th</u> day of February, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE